IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No. 1:03cr370 |
| ) | |
| JAMES C. WARTHEN, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Defendant's motion to obtain defense counsel's records. It is hereby

ORDERED that the Defendant's motion is DENIED.

/s/
_____
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June   8  , 2005